LEON RHEINSTROM, Respondent, *v.* BERNARD MIDAS, Appellant.

(Argued December 22, 1885 ; decided January 19, 1886.)

*Otto Horwitz* for appellant.

*Jeroloman & Arrowsmith* for respondent.

Agree to dismiss appeal ; no opinion.
All concur
Appeal dismissed.

---

GEORGE STREAT, Respondent, *v.* V. HENRY ROTHSCHILD et al.,
Appellants.

(Argued December 22, 1885 ; decided January 19, 1886.)

*Michael M. Forrest* for appellants.

*Wm. King Hall* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

HENRY CLEWS et al., Respondents, *v.* CORNELIUS REILLY,
Appellant.

(Argued December 22, 1885 ; decided January 19, 1886.)

*Charles J. Patterson* for appellant.

*Royal S. Crane* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.